Kenneth CHARRON, Appellant,

v.

MISSOURI BOARD OF PROBATION AND PAROLE, Respondent.

No. WD 76075.

Missouri Court of Appeals, Western District.

July 16, 2013.

Kenneth G. Charron, Bowling Green, MO, Appellant Pro Se, for appellant.

Michael J. Spillane, Jefferson City, MO, for respondent.

---

Before Division Two: ALOK AHUJA, P.J., and KAREN KING MITCHELL and ANTHONY REX GABBERT, JJ.

## ORDER

PER CURIAM:

Kenneth Charron is presently incarcerated at the Northeast Correctional Center, serving sentences imposed in 1986 for forcible rape, first-degree burglary, and two counts of second-degree robbery. Charron's current suit alleges that the Missouri Board of Probation and Parole has violated his rights in connection with its determinations as to his eligibility for parole and/or conditional release. The circuit court dismissed Charron's petition for failure to state a claim upon which relief could be granted. Charron appeals. We affirm. Because a published opinion would have no precedential value, an unpublished memorandum setting forth the reasons for this order has been provided to the parties. Rule 84.16(b).